# EXHIBIT 6



**From:** Pete Odland <Pete@wbtooling.com>
**Sent:** Monday, June 24, 2024 1:27 PM
**To:** Pete Odland <Pete@wbtooling.com>; John Kennedy IV <4jkennedy@autocam-medical.com>
**Cc:** Stephen Rivet <Stephen@wbtooling.com>
**Subject:** Re: Automated Straightener

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments. If in doubt, contact the IT Department.

John,
I got your message.  I sent this earlier but you must not have received it.  I'm not sure what happened.
Pete


Sent from my iPhone

> On Jun 24, 2024, at 9:41 AM, Pete Odland <pete@wbtooling.com> wrote:
>
>  John,
> The machine will not be ready to ship for several weeks.
> Pete
>
> Sent from my iPhone
>
>> On Jun 22, 2024, at 9:50 AM, Pete Odland <pete@wbtooling.com> wrote:
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** John Kennedy IV <4jkennedy@autocam-medical.com>
>>> **Date:** June 21, 2024 at 2:30:56 PM EDT
>>> **To:** Pete Odland <pete@wbtooling.com>
>>> **Subject: Automated Straightener**

1

Pete,

Thank you for taking the time to follow up today and explore other options.  It is my understanding that you will not be in a position to ship the straightener currently scheduled to go to Orchid, together with all its attachments and software for another 3 weeks from today (6/21/24).  Therefore, you have agreed that the same will not be inspected by anyone outside your regular employment nor leave your building before the earlier of that time, or our current issue is resolved.  Please confirm with a response to this email?

I look forward to receiving your updated NDA pertaining to White's Bridge's financial information, etc. on Monday.


Thanks,

John